

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00456-CR

Lowell Quincey **GREEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th Judicial District Court, McLennan County, Texas
Trial Court No. 2012-709-C2
Honorable Matt Johnson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 19, 2014.

Catherine Stone, Chief Justice